STATE of Missouri, Respondent,

v.

Robert J. PIERCESON, Appellant.

No. WD 49300.

Missouri Court of Appeals,
Western District.

March 14, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

Lloyd Koelker, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BERREY, JJ.

### *ORDER*

PER CURIAM:

Appeal from jury conviction of second degree murder and armed criminal action.

Affirmed. Rule 30.25(b).